# Exhibit E



## CLASS ACTION AUTHORIZATION

Subject of representation: **Katherine Lanteri** (CLIENT) retains and authorizes KEOGH LAW, LTD., PHILIPPS & PHILIPPS, LTD. and STEVEN J. HALBERT (collectively "attorney") to (i) investigate potential claims and defenses against **Credit Protection Association LP and /or Comcast** (DEFENDANTS) concerning violations of the **Telephone Consumer Protection Act** against both defendants and violations of the **Fair Debt Collections Protection Act** against Credit Protection and (ii) if the attorneys' investigation shows that such a claim would have merit and that filing suit is appropriate, to file suit.

Client acknowledges that attorney has not made any promise or prediction to Client about the outcome of Client's claims or causes of action.

**Fees.** Client and the Attorneys agree that, subject to the exception set forth below, any fee for the Attorneys' services to Client or the class will be contingent upon effecting a recovery or successful result from the parties against whom the claims are brought. Client understands that Attorneys will advance all costs necessary for prosecution of Client's claims (to the extent applicable law and ethics rules allow), and will not bill or charge Client for any such costs. Client understands that, subject to the exception identified below, these costs will be repaid to Attorneys solely out of any settlement, judgment or award, after the attorneys' fees have been deducted. Client further understands that Attorneys will pay any or all of Defendants' costs (to the extent applicable law and ethics rules allow) in the unlikely event that the Court orders such, if our litigation is unsuccessful.

Attorneys will receive the greater of (a) one-third (33 and 1/3%) of the total settlement proceeds, award or judgment, if any; or (b) the full amount of any attorneys' fees designated in the settlement, award or judgment or otherwise awarded by a decision maker in the case. Client understands that this fee is not set by law and is negotiable between Attorneys and Client. Client understands that no settlement of Client's individual claims will be made without Client's approval. Client agrees not to waive in whole or in part the right to recover attorneys' fees and/or

costs as a condition of settlement. Attorneys shall not be entitled to payment of attorneys' fees unless Attorneys' efforts result in the provision of monetary and/or injunctive relief.

The normal hourly rate is $450.00 for Keith J. Keogh, $375.00 for Craig Shapiro, $350.00 for Timothy Sostrin and $200.00 for Katherine Bowen. The normal hourly rate is $505 for David Philipps, $495 for Mary Philipps and $425 for Steven J. Halbert. These rates will be adjusted upward annually and are available upon request.

**Exception for Individual Settlement Against Attorneys' Advice**: If Client abandons the class and settles on an individual basis against the advice of Attorneys, Client shall be obligated to pay Attorneys their normal hourly rates for the time they expended in the case, and shall be obligated to reimburse the Attorneys for all expenses incurred.

**Other Counsel.** Client acknowledges and agrees that attorney may retain co-counsel or local counsel to represent Client. In such an event, these lawyers will be compensated out of the fees paid to attorneys and such representation will not affect Client's recovery.

**Expenses or Costs.** The attorneys will advance costs and litigation expenses, repayable only from a recovery, except that if Client abandons the case or settle the case for an Individual Settlement Against Attorneys' Advice as set forth above, Client shall reimburse the attorneys for expenses. Expenses and costs include, but are not limited to: court filing fees, fees for service of process, messenger services, long distance telephone, telecopier services, expert and consultant's fees, computer services, photocopying expenses, travel, computerized legal research, and court reporter's fees. Client will not have to pay fees or expenses of prosecution to Client's attorneys except as stated above.

**Assignment of right to fee award:** Client assigns to the attorneys all rights conferred by statute or rule to recover attorneys' fees from Defendant.

**Statute of limitations:** There are short time frames provided by law for the filing of claims with some that expire within a year. It is essential that this form be returned as soon as possible.

**Client responsibilities:** Client recognizes and agrees that Client will have to cooperate with the attorneys in the prosecution of the defenses and claims, by appearing at trial or at a deposition and providing documents and information. Such testimony will frequently take 1 to 1-1/2 days. Client also recognizes that the attorneys do not guarantee a favorable result, or that Client can obtain compensation for serving as class representative, although the attorneys will use their best efforts to achieve those results.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                    Lanteri_0000154

Finally, Client agrees that in the event the attorneys file a claim on behalf of a class, it is the responsibility of Client as class representative to prosecute the action for not only Client's own benefit but for the benefit of the other class members.

Client is to advise the attorneys in advance of seeking any further relief under the bankruptcy laws (which may result in transfer of Client's claim to a trustee).

**Communication Via E-mail:** In the Attorneys' experience, it is often necessary to communicate with the CLIENT in writing. Communications that the LAW FIRM would ordinarily make to the CLIENT by letter can often be made more quickly by email. However, there may be risks associated with email communication. The LAW FIRM has no control over the computer networks and systems through which messages between the LAW FIRM and CLIENT pass, or over the computer system networks and systems CLIENT uses to receive and store emails sent by the LAW FIRM. Accordingly, it is impossible for the LAW FIRM to ensure that confidential communications between the LAW FIRM and CLIENT will not be seen or intercepted by third-parties. Nevertheless, the CLIENT wishes to authorize the LAW FIRM to communicate with CLIENT by email as has been done already.

**Competing Suits** – Attorneys will not represent any other plaintiff in any other suit against the above defendants without promptly notifying the other team members of their intent to do so. In the event that any member of the team participates in any other class action involving the same claims and against the above defendants that suit is subject to the provisions of this agreement as if that action had been filed with the matter identified in this agreement.

**Sharing of Work** – The Attorneys anticipate that they will equally be responsible for this matter and allocate work by agreement.

**Contemporaneous Records** – Each Attorney agrees to keep detailed, contemporaneous records of all billable time expended and all necessary costs, disbursements and expenses incurred in these cases, and maintain separate records of such time and costs for each matter. The attorneys will periodically exchange estimates of time expended in order balance the work load as envisioned by this agreement.

**Support for Recovery of Costs, Litigation Expenses, and Fees** – All Attorneys agree to fully cooperate and support each other's motions for fees and expenses in accordance with applicable law, if necessary.

**Dispute Resolution** – Any dispute between the ATTORNEYS to this Agreement must be subject of arbitration before a single arbitrator in accordance with the rules of JAMS. The

Keogh Law, Ltd.  55 W. Monroe St., Ste.3390   Chicago, IL 60603   312.726.1092(Main)/1 312.726.1093 (Fax)   Keoghlaw.com

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Lanterl_0000155

arbitrator's fees and any other common expense will be shared equally by the parties, except the arbitrator will order that the reasonable expenses (other than attorneys' fees) of the prevailing party, if any, be borne by the other party. **THIS PROVISION DOES NOT APPLY TO CLIENT.**

Dated 7/11/13

Katherine Lanteri

_(signature)_
Client
10813 Bellefontaine St.
Address
Indpls., IN 46280
City, State, Zip
317-918-2632
Cellular Telephone
Same ?
Home Telephone
Kjlanteri@gmail.com
E-mail

_(signature)_
Keith J. Keogh
KEOGH LAW, LTD.
55 W. Monroe, Ste. 3390
Chicago, Illinois 60603
312.726.1092 (office)/312.726.1093 (fax)
Keith@KeoghLaw.com

_(signature)_
Steven J. Halbert, Attorney at Law
Americenters Building
11805 N. Pennsylvania St
Carmel, IN 46032
Phone (317) 706-6762
FAX (317) 706-6763
shalbertlaw@aol.com
www.halbertbankruptcylaw.com

_(signature)_
David J. Philipps
Philipps & Philipps, Ltd.
9760 South Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Lanteri_0000156