UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

**FILED**
OCT 2 5 2019
U.S. DISTRICT COURT
INDIANAPOLIS, INDIANA

KATHERINE LANTERI individually and on behalf of all others similarly situated, )
)
)
)
Plaintiff, )
)
v. ) Cause No. 1:13-cv-01501-JMS-MJD
)
CREDIT PROTECTION ASSOCIATION, LP, )
ETAN GENERAL, INC., )
)
Defendants. )

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to S. D. Ind. Local Rule 83-6(a), Amisha R. Patel respectfully requests entry of an Order granting leave to appear *pro hac vice* for the purpose of appearing as counsel on behalf of Third Party, Genesys Telecommunications Laboratories, Inc. in the above-styled cause only. In support of this motion, the undersigned states:

1. I am admitted to practice and in good standing in the District of Columbia Court of Appeals from January 6, 2012 to present.

2. I have never been disbarred or suspended from practice before any court, department, bureau or commission of any state or the United States. I have never received a reprimand or been subject to other disciplinary action from any such court, department, bureau or commission pertaining to conduct or fitness as a member of the bar.

3. I certify that I have reviewed the *Seventh Circuit Standards of Professional Conduct* and the Local Rules of the court, including the Rules of Disciplinary Enforcement, and that I will abide by these rules and standards.

4. A check in the amount of One Hundred Dollars ($100.00) in payment of the administrative fees required to process this motion for admission *pro hac vice* has been submitted to the Clerk of this Court.

WHEREFORE, the undersigned counsel respectfully requests that this Court enter an Order granting leave to appear *pro hac vice* for purposes of this cause only.

Dated: October 24, 2019

Respectfully submitted,

_____
Amisha R. Patel
Dechert LLP
1900 K Street, N.W.
Washington, D.C. 20006-1110
(202) 261-3300 - Telephone
(202) 261-3333 – Facsimile
amisha.patel@dechert.com

## CERTIFICATE OF SERVICE

I certify that on October 24, 2019 a copy of the foregoing Motion to Appear *Pro Hac Vice* was mailed, by first-class U.S. Mail, postage prepaid and properly addressed to the following:

Angie K. Robertson
PHILIPPS AND PHILIPPS, LTD.
9760 S. Roberts Road
Suite One
Palos Hills, IL 60465
708-974-2900
Fax: (708)974-2907
Email: angie@philippslegal.com

Keith James Keogh
KEOGH LAW, LTD
55 W. Monroe St.
Suite 3390
Chicago, IL 60603
312-726-1092
Fax: 312-726-1093
Email: keith@keoghlaw.com

Mary E. Philipps
PHILIPPS AND PHILIPPS, LTD.
9760 S. Roberts Road
Suite One
Palos Hills, IL 60465
(708) 974-2900
Fax: 708-974-2907
Email: mephilipps@aol.com

Michael S. Hilicki
KEOGH LAW, LTD
55 W. Monroe St.
Suite 3390
Chicago, IL 60603
312-726-1092
Email: mhilicki@keoghlaw.com

Steven James Halbert
11805 N. Pennsylvania Street
Americenters Building
Carmel, IN 46032
(317) 706-6762
Fax: (317) 706-6763
Email: shalbertlaw@gmail.com

Timothy J. Sostrin
MACEY & ALEMAN, P.C.
233 S. Wacker Dr., Suite 5150
Chicago, IL 60606
(866) 339-1156
Fax: (312) 822-1064
Email: TSostrin@KeoghLaw.com

David J. Philipps
PHILIPPS AND PHILIPPS, LTD.
9760 S. Roberts Road
Suite One
Palos Hills, IL 60465
(708) 974-2900
Fax: 708-974-2907
Email: davephilipps@aol.com

David M. Schultz
HINSHAW & CULBERTSON
151 North Franklin Street
Suite 2500
Chicago, IL 60606
(312) 704-3000
Fax: (312) 704-3001
Email: dschultz@hinshawlaw.com

Justin M. Penn
HINSHAW & CULBERTSON LLP
151 North Franklin Street
Suite 2500
Chicago, IL 60606
312-704-3000
Fax: 312-704-3001
Email: jpenn@hinshawlaw.com

_/s/ Amisha R. Patel_
Amisha R. Patel
Dechert LLP
1900 K Street, N.W.
Washington, D.C. 20006-1110
(202) 261-3300 - Telephone
(202) 261-3333 – Facsimile
amisha.patel@dechert.com