UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| KATHERINE LANTERI, individually and on behalf of all others similarly situated, | ) ) ) | |
| *Plaintiff*, | ) ) | 1:13-cv-01501-JMS-MJD |
| *vs.* | ) ) | |
| CREDIT PROTECTION ASSOCIATION, L.P., a Texas Limited Partnership, and ETAN GENERAL, INC., a Texas Corporation, | ) ) ) ) | |
| *Defendants*. | ) | |

## ORDER CLOSING CASE

The parties have moved the Court to stay this case, [Filing No. 257], pending the outcome of the appeal in *Gadelhak v. AT&T Servs., Inc.*, No. 19-1738, which is presently pending before the Seventh Circuit Court of Appeals. The parties anticipate the resolution of that appeal will significantly impact, if not resolve, the issues in their pending cross motions for summary judgment. The Court agrees and **GRANTS** the Joint Motion to Stay Case Pending Ruling from Seventh Circuit on Potentially Dispositive Issue, [257]. In light of the pending appeal in *Gadelhak*, the Clerk is directed to **procedurally/administratively close this case**. All deadlines and hearing settings are **vacated**, and all pending motions in this matter are **terminated without prejudice**. At least once every 120 days from the date of this Order the parties are directed to file a report advising the court of the status of the appeal in *Gadelhak*. Further, the parties shall have fourteen days from the date the Seventh Circuit issues a decision in *Gadelhak* to file a notice with the Court suggesting a schedule for further action in this case.

- 1 -

November 13, 2019

Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

**Distribution via ECF only to all counsel of record**

Date: 11/13/2019

Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana